

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00128-CV

IN RE MIDWESTERN CATTLE                                     RELATOR
MARKETING, LLC

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-07-061

------------

## MEMORANDUM OPINION[1]

------------

We have considered relator's "Motion to Dismiss." It is the court's opinion

that the motion should be granted; therefore, we dismiss this original proceeding.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: GARDNER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: June 16, 2016

---

[1]*See* Tex. R. App. P. 47.4.